UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELLOR WADE, | No. 2:22-cv-00431-TLN-CKD |
| Petitioner, | |
| v. | **ORDER** |
| RICK HILL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 19.) Petitioner has filed objections to the findings and recommendations.  (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

1     Accordingly, IT IS HEREBY ORDERED that:

2         1.  The Findings and Recommendations filed August 4, 2022 (ECF No. 19) are

3   ADOPTED in full; and

4         2.  Petitioner's July 18, 2022 Request for Entry of Default Judgement (ECF No. 17) is

5   DENIED.

6   **DATED:  September 21, 2022**

7

8                                        Troy L. Nunley
                                         United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28