UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELLOR WADE, | No. 2:22-cv-0431 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| RICK HILL, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the court's December 9, 2022, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 26) is granted; and

2. Petitioner is granted thirty days within which to file objections to the court's December 9, 2022, findings and recommendations.

Dated: January 4, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
wade0431.111